**Order entered October 31, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00524-CV

## IN THE INTEREST OF C.A. AND B.A., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-04776**

## ORDER

By order dated October 12, 2022, we ordered the court reporter to file either the reporter's record, written verification that no hearings were recorded, or written verification that appellant had not requested the reporter's record. We cautioned appellant that if we received written verification of no request, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). By letter filed October 28, the court reporter notified the Court that appellant has not requested the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record.

Appellant shall file his brief on the merits on or before **November 30, 2022**.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE